THE LOWVILLE AND BEAVER RIVER RAILROAD COMPANY, Respondent, *v.* WILLIAM L. ELLIOTT, Appellant.

*Lowville & Beaver River R. R. Co.* v. *Elliott,* 115 App. Div. 884, affirmed. (Submitted October 13, 1909; decided October 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered September 25, 1906, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover the amount of an alleged subscription for shares of the capital stock of the plaintiff.

*Frank Bowman* for appellant.

*Edgar S. K. Merrell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

JAY D. PAGE AND COMPANY, Respondent, *v.* FREDERICK W. STOCK, SR., et al., Appellants.

*Page & Co.* v. *Stock,* 122 App. Div. 899, affirmed. (Argued October 14, 1909; decided October 29, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

December 3, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

*William L. Barnum* and *Edwin M. Wells* for appellants.

*Thomas Woods* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.